UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD TEXAS,

    Plaintiff,

v.                                                           CASE NO.:

NEW WORLD VAN LINES OF FLORIDA, INC.,
a Florida profit corporation,

    Defendant.

_____/

## DEFENDANT NEW WORLD VAN LINES OF FLORIDA, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and M.D. Fla. Loc. R. 4.02, Defendant New World Van Lines of Florida, Inc. ("NWVL") respectfully submits this Notice of Removal of Civil Action from the County Court of the Ninth Judicial District in and for Orange County, Florida to the United States District Court for the Middle District of Florida. In support of this Notice of Removal, NWVL states:

1. Plaintiff Richard Texas ("Plaintiff") filed a civil action against NWVL on or about February 3, 2020 in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled *Richard Texas v. New World Van Lines of Florida, Inc.*, Case No: 2020-CC-001738-O (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a) and M.D. Fla. Loc. R. 4.02(b), true and legible copies of all process, pleadings, orders, and other papers from the State Court Action are attached collectively as "Exhibit 1." To the best of NWVL's knowledge, no other process,

pleadings, orders, or other papers have been filed or served upon NWVL in the State Court Action.

3. This Notice of Removal is appropriate under 28 U.S.C. §§ 1331 and 1441, which provide that an action shall be removable if the Federal court has original jurisdiction over the subject matter of the Complaint. 28 U.S.C. § 1441(a). Original jurisdiction arises under circumstances where the controversy in the civil action involves a "federal question." 28 U.S.C. § 1331.

4. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 since Plaintiff has alleged a violation of unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* Thus, this Court has original jurisdiction over the allegations in Plaintiff's Complaint under 28 U.S.C. § 1331 and the action is removable pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

5. Venue is proper in this Court pursuant to 28 U.S.C. 1441(a) because this District embraces the place where the State Court Action is pending.

6. NWVL was served in this action on February 10, 2020. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), *i.e.*, within thirty (30) days of Plaintiff's service of the Complaint upon NWVL in the State Court Action.

7. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the service of this Notice of Removal, NWVL is filing a Notice of Filing Notice of Removal in the State Court Action, a copy of which is attached as "Exhibit 2",[1] and is serving a copy of this Notice of

---

[1] Exhibit A to NWVL's Notice of Filing Notice of Removal of Civil Action is not included since it is a copy of this document.

Removal upon Plaintiff's counsel.

8.      NWVL does not, by filing this Notice of Removal, waive any defenses that may be available to it in this action.

WHEREFORE, Defendant New World Van Lines of Florida, Inc. respectfully requests that this action, now pending in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, be removed therefrom to this Court and that further proceedings in this action be conducted in this Court as provided by law.

Respectfully submitted this 11th day of March 2020.

> By: */s/ Robert G. Riegel, Jr.*
> Robert G. Riegel, Jr.
> Florida Bar No. 0352759
> E-mail: rriegel@rtlaw.com
>
> Michael J. Lufkin
> Florida Bar No. 0030492
> E-mail: mlufkin@rtlaw.com
>
> ROGERS TOWERS, P.A.
> 1301 Riverplace Boulevard, Suite 1500
> Jacksonville, FL  32207
> (904) 398-3911 – Telephone
> (904) 348-5894 – Facsimile
>
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Defendant's Notice of Removal has been served this 11th day of March 2020 by e-mail and U.S. First Class Mail upon the following:

>Noah E. Storch, Esq.
>Cortney Walters, Esq.
>Richard Celler Legal, P.A.
>10368 W. SR 84, Suite 103
>Davie, FL 33324
>E-mail:   noah@floridaovertimelawyer.com
>              cortney@floridaovertimelawyer.com
>
>Attorneys for Plaintiff

>*/s/ Robert G. Riegel, Jr.*
>Attorney