UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD TEXAS,

    Plaintiff,

v.                                        Case No. 6:20-cv-445-RBD-LRH

NEW WORLD VAN LINES OF
FLORIDA, INC.,

    Defendant.
_____

### ORDER

In this Fair Labor Standards Act case, the parties moved the Court to approve their settlement agreement. (Doc. 41 ("Motion"); *see* Doc. 41-1 ("Agreement").) On referral, U.S. Magistrate Judge Leslie R. Hoffman entered a Report and Recommendation ("R&R") recommending that the Court grant the Motion and approve the Agreement. (Doc. 44.) The parties do not object to the R&R. (Doc. 45.) So the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 44) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. 41) is **GRANTED**.

3. The Agreement (Doc. 41-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 14, 2021.

ROY B. DALTON JR.
United States District Judge